# EXHIBIT B

COVID-19 INFORMATION

# BJC HealthCare Web and Internet Policies

**Terms of Use**

BJC HealthCare is providing information and services on this website as a benefit to our users. The information and services on this website are provided solely for general illustration, educational and resource provision purposes. Such information and services are not intended to be specific medical, health, business or other professional advice or direction. If you have specific questions regarding your health or health status, contact your physician or other health care provider. Neither BJC HealthCare nor its information contributors make any express or implied representations or warranties about the completeness or accuracy of this information and these services for any purpose, or the suitability of this information or these services for any particular use.

This website also enables users to obtain information on the services, events and materials offered, happening or available through BJC HealthCare and its facilities, including publications and educational programs, current news, certain BJC HealthCare documents, lists of health-related websites, and other information relevant to purposes of this website.

This website may include links providing direct access to other websites. However, BJC HealthCare takes no responsibility for the content or information contained on those other websites, and does not exert any editorial, monitoring or other control over those other websites and, therefore, does not assume any liability for those websites or their content. BJC HealthCare reserves the right to remove any link from this website for any or no reason. The existence of any particular link is simply intended to imply potential interest to users of this website.

Certain areas of the website may allow for the posting or exchange of information among and between users. Users who submit or post information to this website grant BJC HealthCare the authority and right to use any submission in any way, and by such submissions warrant and represent to BJC HealthCare that such submissions are not in violation of United States copyright or other laws. In addition, BJC HealthCare reserves the right to review, edit or delete any information (including, without limitation, those that appear to be inappropriate for the intended purpose).

All images, text and other materials posted on this website are subject to copyrights owned by BJC HealthCare or other individuals or entities, and are protected by United States copyright laws. Any reproduction, retransmission, distribution or republication of all or part of any images, text programs, and other materials found on this website is expressly prohibited, unless BJC HealthCare or the copyright owner of the material has expressly granted its prior written consent. All other rights reserved. This website is intended to be maintained in a manner consistent with United States copyright laws. Accordingly, users should not submit copyrighted material to this website unless the copyright owner of the material has expressly granted its prior written consent to such submission.

All trademarks, service marks and logos referred to or appearing on this website are the property of their respective owners. The names, trademarks, service marks and logos of BJC HealthCare appearing on this website may not be used in any advertising or publicity, or otherwise to indicate sponsorship of or affiliation with any product or service, without BJC HealthCare's prior express written permission.

**Privacy Statement**

BJC HealthCare has created this statement to demonstrate its commitment to your privacy. This statement explains BJC HealthCare's information-gathering and dissemination practices for this website.

A typical visit to our website does not require a user to submit personal information. However, if you send us an e-mail with your contact information, we will inquire if we may send information to you. If you reply in the affirmative, your name and contact information will be entered into a database for potential use in a future mailing or e-mail distribution.

Information you submit may be routinely shared with the Washington University School of Medicine, if you are looking for a physician referral. Other than this organization, we will only forward your personal information to organizations working on our behalf. We urge you not to provide any confidential information about you or your health to us via electronic

communication. If you do so, it is at your own risk. Although we attempt to maintain our computer network in a secure manner to protect the content of your messages, we cannot provide absolute assurance that the contents of your e-mail will not become accessible to individuals or entities that are not authorized to access your information.

**The Cookie**

It is our desire that each online visitor experience an optimum experience in finding medical information and learning about BJC HealthCare services. In working toward that goal, we count our visitors and keep track of where our visitors go throughout the website. To do this, we must use software called a "cookie." The "cookie" maintains numbers in aggregate form, and does not obtain personal information about our visitors. This information helps us know what sections of our website are visited frequently, so we can enhance those sections and ensure they're up-to-date. None of the research we conduct is shared with companies unrelated to BJC HealthCare.

""