# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1107

John Doe, I, on behalf of themselves and all others similarly situated and John Doe, II, on behalf of themselves and all others similarly situated

Appellees

v.

BJC Health System, doing business as BJC Healthcare

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00919-RWS)

---

**ORDER**

The motion for stay of the remand order is denied.

February 24, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans